DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GLENN F. STRAUB,**
Appellant,

v.

**CAROL CHAPUIS** and **JESSICA NICODEMO** f/k/a **JESSICA SWERDLIN,**
Appellees.

No. 4D2023-0347

[November 30, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard Oftedal, Senior Judge; L.T. Case No. 502019CA001140.

Larry A. Zink of Zink, Zink & Zink Co., L.P.A., Hillsboro Beach, for appellant.

Elizabeth L. Parker of George Feldman McDonald, PLLC, Lake Worth, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***